Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Mark Guy Jeune
Jolene Marie Jeune**
  Debtor(s)

Bankruptcy Case No.: 19–23512–JAD
Issued per 6/11/2020 Proceeding
Chapter: 13
Docket No.: 55 – 7, 37
Concil. Conf.: at

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

   IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 9/5/2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Toyota Lease [Claim #8]; Internal Revenue Service [Claim #10]; Planet Home Lending [Claim #28] .

☑ H.   Additional Terms: Attorney fees based on retainer of $700.

*(2.)*  ***IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:***

**A.**  **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**  **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**  **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**  **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**  **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: June 18, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 19-23512-JAD
Mark Guy Jeune                                                        Chapter 13
Jolene Marie Jeune
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: skoz                  Page 1 of 2              Date Rcvd: Jun 18, 2020
                               Form ID: 149                Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
```
db/jdb         Mark Guy Jeune,    Jolene Marie Jeune,    5511 Century Ave,    Pittsburgh, PA 15207-2331
15118089       Amex/Bankruptcy,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
15148394       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15118092       Citibank,   Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO 63179-0034
15156289       Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
15118093       Citibank/the Home Depot,    Attn: Recovery/Centralized Bankruptcy,    PO Box 790034,
                Saint Louis, MO 63179-0034
15118095       Costco Anywhere Visa Card,    Attn: Bankruptcy,    PO Box 6500,    Sioux Falls, SD 57117-6500
15130566      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
15118100       Kohls/Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
15118101       Mariner Finance,    Attn: Bankruptcy Department,    8211 Town Center Dr,
                Baltimore, MD 21236-5904
15118102       Mariner Finance,    1155 Washington Pike Ste 60,    Bridgeville, PA 15017-2827
15164843      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
15156552      +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
15118103       Peoples Natural Gas,    375 N Shore Dr Ste 600,    Pittsburgh, PA 15212-5866
15118104      +Pittsburgh Water and Sewer Authority,    1200 Penn Ave,    Pittsburgh, PA 15222-4216
15118105       Planet Home Lending, LLC,    321 Research Pkwy Ste 303,    Meriden, CT 06450-8342
15118106       Pnc Bank,   Attn: Bankruptcy Department,    PO Box 94982,    Cleveland, OH 44101-4982
15118107       Sofi Lending Corp,    Attn: Bankruptcy,    375 Healdsburg Ave Ste 280,
                Healdsburg, CA 95448-4151
15127374      +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,    Richmond, VA 23286-0001
15118108       Suntrust,   Consumer Loan Payments,    PO Box 791144,    Baltimore, MD 21279-1144
15118109      +Suntrust Bank,    Attn: Bankruptcy Mail Code VA-RVW-6290,    PO Box 85092,
                Richmond, VA 23285-5092
15118115      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:  Toyota Financial,    PO Box 15012,    Chandler, AZ 85244-5012)
15118114       Toyota Financial,    PO Box 4102,    Carol Stream, IL 60197-4102
15138749      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
15130359      ++US BANK,   PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank National Association,    Bankruptcy Department,
                PO Box 108,    St Louis, MO 63166-0108)
15118119       US Bank/Rms Cc,    Attn: Bankruptcy,    PO Box 6351,    Fargo, ND 58125-6351
15118120       Wells Fargo Bank NA,    Attn: Bankruptcy,    1 Home Campus # MAC X2303-01A,
                Des Moines, IA 50328-0001
15150412       Wells Fargo Bank, N.A., Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:05:35
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15118090       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:06:06     Capital One,
                Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
15124270       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 19 2020 04:05:32
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
15118094       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 19 2020 04:01:14     Comenity Bank/Wayfair,
                Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
15118096       E-mail/PDF: creditonebknotifications@resurgent.com Jun 19 2020 04:06:10     Credit One Bank,
                ATTN: Bankruptcy Department,    PO Box 98873,    Las Vegas, NV 89193-8873
15118097       E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:00:53     Discover Financial,
                Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE 19850-5316
15156288       E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 04:01:27
                Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
15122773       E-mail/Text: mrdiscen@discover.com Jun 19 2020 04:00:53     Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15118098      +E-mail/Text: kburkley@bernsteinlaw.com Jun 19 2020 04:02:25     Duquesne Light Company,
                411 7th Ave,    Pittsburgh, PA 15219-1942
15155954      +E-mail/Text: kburkley@bernsteinlaw.com Jun 19 2020 04:02:25     Duquesne Light Company,
                c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                Pittsburgh, PA 15219-1945
15118099       E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 19 2020 04:01:05     Internal Revenue Serice,
                1000 Liberty Ave,    Pittsburgh, PA 15222-4004
15118091       E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 19 2020 04:05:29     Chase Card Services,
                Attn: Bankruptcy,    PO Box 15298,    Wilmington, DE 19850-5298
15136953       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 19 2020 04:06:54     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
15157175       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 19 2020 04:06:52
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
```

```
District/off: 0315-2           User: skoz                  Page 2 of 2                   Date Rcvd: Jun 18, 2020
                               Form ID: 149                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
15152840         E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2020 04:01:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
15118795        +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:24      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15118110         E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:57      Synchrony Bank/Banana Republic,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
15118111         E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:23      Synchrony Bank/Lowes,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
15118112         E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:59      Synchrony Bank/Sams,
                 Attn: Bankruptcy,    PO Box 965060,    Orlando, FL  32896-5060
15118113         E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2020 04:05:59      Synchrony Bank/Tjx,
                 Attn: Bankruptcy Dept,    PO Box 965060,    Orlando, FL  32896-5060
15118117         E-mail/Text: bknotice@upgrade.com Jun 19 2020 04:00:50       Upgrade,    275 Battery St Fl 23,
                 San Francisco, CA  94111-3305
15151177         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2020 04:06:19      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
                                                                                              TOTAL: 22

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Planet Home Lending, LLC
cr*           +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15157514*     +Planet Home Lending, LLC,    321 Research Parkway, Suite 303,    Meriden, CT 06450-8342
15118116*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,    Atty: Bankruptcy Dept,    PO Box 8026,
                Cedar Rapids, IA  52408-8026)
15118118*    ++UPGRADE  INC,    2 N CENTRAL AVE,    10TH FLOOR,    PHOENIX AZ 85004-2322
               (address filed with court:  Upgrade, Inc.,    275 Battery St Fl 23,
                San Francisco, CA  94111-3305)
                                                                                          TOTALS: 1, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2020 at the address(es) listed below:
```
              Ann E. Swartz    on behalf of Creditor    Planet Home Lending, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Aurelius P. Robleto    on behalf of Debtor Mark Guy Jeune apr@robletolaw.com,    rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```