# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK GUY JEUNE., and<br><br>JOLENE MARIE JEUNE,<br><br>    Debtors.<br>------------------------------------------------<br>MARK GUY JEUNE,<br><br>    Movant,<br><br>    v.<br><br>CITY OF PITTSBURGH,<br><br>    Respondent. | Case No. 19-23512-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 63 |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on July 7, 2020.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

        City of Pittsburgh
        Attn: Payroll
        414 Grant Street
        Pittsburgh, PA 15119

EXECUTED ON: July 7, 2020        Respectfully submitted:

        /s/ Aurelius P. Robleto
        Aurelius P. Robleto
        PA I.D. No. 94633
        ROBLETO KURUCE, PLLC
        6101 Penn Avenue, Suite 201
        Tel: (412) 925-8194
        Fax: (412) 346-1035
        apr@robletolaw.com