**DEFAULT O/E JAD**

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mark Guy Jeune<br>Jolene Marie Jeune<br>    Debtor(s) | |
| Toyota Lease Trust<br>    Movant<br> v.<br>Mark Guy Jeune<br>Jolene Marie Jeune<br>    Respondent<br> and<br>Ronda J. Winnecour, Trustee<br>    Additional Respondent | BK. NO. 19-23512 JAD<br><br>CHAPTER 13<br><br>Related to Doc. #59 |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

AND NOW, this 29th day of July, 2020, at Pittsburgh, upon Motion of Toyota Lease Trust, it is

**ORDERED THAT:** The Automatic Stay is hereby terminated under 11 U.S.C. Sections 362(d) and 1301 (if applicable) as to Movant to permit said creditor, its successors an/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 Toyota Rav4, VIN: 2T3BFREV3GW464552 in a commercially reasonable manner. The stay pursuant to Rule 4001 (1)(3) is waived.

_/s/ JBD_ sjk
United States Bankruptcy Judge
Jeffery A. Deller

cc: See attached service list:

FILED
7/29/20 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Mark Guy Jeune
5511 Century Avenue
Pittsburgh, PA 15207-2331

Jolene Marie Jeune
5511 Century Avenue
Pittsburgh, PA 15207-2331

Aurelius P. Robleto, Esquire
Robleto Kuruce, PLLC
6101 Penn Avenue, Suite 201, Suite 1306
Pittsburgh, PA 15206
apr@robletolaw.com

Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

KML Law Group, P.C.
BNY Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Mark Guy Jeune
Jolene Marie Jeune
            Debtors

Case No. 19-23512-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jul 29, 2020
                       Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2020.
db/jdb         Mark Guy Jeune,   Jolene Marie Jeune,   5511 Century Ave,   Pittsburgh, PA   15207-2331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2020 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Planet Home Lending, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Aurelius P. Robleto    on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com,
               rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Aurelius P. Robleto    on behalf of Debtor Mark Guy Jeune apr@robletolaw.com,   rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              James Warmbrodt    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7