## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>MARK GUY JENUE., and<br><br>JOLENE MARIE JEUNE,<br><br>    Debtors.<br>-------------------------------------------------<br>MARK GUY JEUNE,<br><br>    Movant,<br><br>        v.<br><br>CITY OF PITTSBURGH,<br><br>    Respondent. | Case No. 19-23512-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 76 |

**CERTIFICATE OF SERVICE OF ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on May 24, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

City of Pittsburgh
Attn: Payroll
414 Grant Street
Pittsburgh, PA 15219

EXECUTED ON: May 24, 2023             Respectfully submitted:

                                                          /s/ Aurelius P. Robleto
                                                          Aurelius P. Robleto
                                                          PA I.D. No. 94633
                                                          ROBLETO KURUCE, PLLC
                                                          6101 Penn Avenue, Suite 201
                                                          Tel:  (412) 925-8194
                                                          Fax: (412) 346-1035
                                                          apr@robletolaw.com