**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/20/2023

IN RE:

MARK GUY JEUNE
JOLENE MARIE JEUNE
5511 CENTURY AVE
PITTSBURGH,  PA  15207-2331
XXX-XX-2538          Debtor(s)

XXX-XX-5912

Case No.19-23512 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/20/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br><br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: LOWES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 3068 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PLANET HOME LENDING LLC**<br>321 RESEARCH PARKWAY STE 303<br><br>MERIDEN, CT 06450 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number: 28<br><br>CLAIM: 0.00<br>COMMENT: CL28GOV*1017.13/PL*988.61x(60+2)=LMT*BGN 10/19 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2215 |
| **SUNTRUST BANK\*\***<br>SUPPORT SVCS/BANKRUPTCY<br>POB 85092\*\*<br><br>RICHMOND, VA 23286 | Trustee Claim Number: 4  INT %: 4.49%<br>Court Claim Number: 4<br><br>CLAIM: 498.32<br>COMMENT: CL4GOV*NO SEC/PL*WNTS 4.49%*W/27*C:772.04~PIF/CR/LTR | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7441 |
| **INTERNAL REVENUE SERVICE\***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA 19101-7317 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 10-2<br><br>CLAIM: 13,890.56<br>COMMENT: CL10GOV*2538/5912*33896@10%/PL*AMD | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 2538 |
| **PA AMERICAN WATER(\*) AKA AMERICAN WATER**<br>PO BOX 371412<br><br>PITTSBURGH, PA 15250 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2040 |
| **DEPARTMENT STORES NATIONAL BANK**<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657<br><br>KIRKLAND, WA 98083-0657 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 21<br><br>CLAIM: 6,134.76<br>COMMENT: AMEX/SCH*MACY'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0206 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 3<br><br>CLAIM: 7,679.17<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9493 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 3,003.58<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3558 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 9<br><br>CLAIM: 2,837.15<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4278 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B** C/O JPMORGAN CHASE BANK NA PO BOX 15368 WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00% Court Claim Number: 6 CLAIM: 6,512.90 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 7604 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00% Court Claim Number: 16 CLAIM: 4,087.46 COMMENT: CITIBANK*SHERMAN | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 3844 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 13  INT %: 0.00% Court Claim Number: 15 CLAIM: 1,126.13 COMMENT: CITIBANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1570 |
| **CITIBANK NA**** 6716 GRADE LN BLDG 9 STE 910-PY DEPT LOUISVILLE, KY 40213-3439 | Trustee Claim Number: 14  INT %: 0.00% Court Claim Number: 22 CLAIM: 2,480.21 COMMENT: THD | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 8107 |
| **QUANTUM3 GROUP LLC - AGENT COMENITY CA** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number: 15  INT %: 0.00% Court Claim Number: 18 CLAIM: 561.05 COMMENT: WAYFAIR | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9535 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 16  INT %: 0.00% Court Claim Number: 17 CLAIM: 3,763.02 COMMENT: CITIBANK*COSTCO | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0677 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number: 17  INT %: 0.00% Court Claim Number: 7 CLAIM: 1,096.59 COMMENT: SHERMAN/CREDIT ONE | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2977 |
| **DISCOVER BANK(*)** C/O DISCOVER PRODUCTS INC PO BOX 3025 NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00% Court Claim Number: 1 CLAIM: 4,907.11 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9789 |
| **DUQUESNE LIGHT COMPANY(*)** ATTN. LITIGATION COUNSEL 411 SEVENTH AVE MAIL DROP 16-1 PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00% Court Claim Number: 20 CLAIM: 210.48 COMMENT: 2065/SCH | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 1860 |
| **CAPITAL ONE NA**** C/O BECKET & LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Trustee Claim Number: 20  INT %: 0.00% Court Claim Number: 12 CLAIM: 764.01 COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 5661 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:29<br><br>CLAIM:  2,807.32<br>COMMENT:  2612/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4726 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4988 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>C/O GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8931 |
| **PNC BANK NA**<br>PO BOX 94982<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:23<br><br>CLAIM:  8,185.24<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1907 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:19<br><br>CLAIM:  25,167.97<br>COMMENT:  X1371/SCH*SOFI LENDING*SHERMAN | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2372 |
| **SUNTRUST BANK****<br>SUPPORT SVCS/BANKRUPTCY<br>POB 85092**<br><br>RICHMOND, VA  23286 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  0.00<br>COMMENT:  CL=0*W/4 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7441 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:27<br><br>CLAIM:  4,177.59<br>COMMENT:  SYNCHRONY/BANANA REPUBLIC | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4125 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:24<br><br>CLAIM:  2,166.70<br>COMMENT:  SYNCHRONY/LOWE'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3068 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:26<br><br>CLAIM:  1,038.53<br>COMMENT:  SYNCHRONY/SAM'S CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2395 |

| Creditor | Claim Info | Creditor Description |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:31  INT %:  0.00%<br>Court Claim Number:25<br><br>CLAIM:  5,297.25<br>COMMENT:  SYNCHRONY/TJX | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  9266 |
| **TOYOTA FINANCIAL SVCS**<br>POB 5855<br><br>CAROL STREAM, IL  60197-5855 | Trustee Claim Number:32  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TOYOTA LEASE TRUST**<br>C/O TOYOTA MOTOR CREDIT CORP<br>PO BOX 9490<br><br>CEDAR RAPIDS, IA  52409-9490 | Trustee Claim Number:33  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  538.72<br>COMMENT:  RS/OE*CL8GOV*/SCH F+G*PMT/CL X 7 REM PMTS = CL AMT*461.76 X 7 REM PMTS | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.:  8405 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:34  INT %:  0.00%<br>Court Claim Number:11<br><br>CLAIM:  7,147.61<br>COMMENT:  UPGRADE/SCH*ALSO LISTED/SCH G*SHERMAN/WEBBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3496 |
| **US BANK NA****<br>PO BOX 5227<br><br>CINCINNATI, OH  45201-5227 | Trustee Claim Number:35  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  10,557.17<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2477 |
| **WELLS FARGO BANK NA**<br>C/O WELLS FARGO CARD SERVICES<br>PO BOX 9210<br><br>DES MOINES, IA  50306 | Trustee Claim Number:36  INT %:  0.00%<br>Court Claim Number:13<br><br>CLAIM:  12,097.04<br>COMMENT:  620972022*0969/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2022 |
| **TOYOTA FINANCIAL SVCS**<br>POB 5855<br><br>CAROL STREAM, IL  60197-5855 | Trustee Claim Number:37  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH G | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **INTERNAL REVENUE SERVICE***<br>CENTRALIZED INSOLVENCY-TRUSTEE REMITS<br>PO BOX 7317<br><br>PHILADELPHIA, PA  19101-7317 | Trustee Claim Number:38  INT %:  0.00%<br>Court Claim Number:10-2<br><br>CLAIM:  19,232.58<br>COMMENT:  NO GEN UNS/SCH*AMD | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2538 |
| **PLANET HOME LENDING LLC**<br>321 RESEARCH PARKWAY STE 303<br><br>MERIDEN, CT  06450 | Trustee Claim Number:39  INT %:  0.00%<br>Court Claim Number:28<br><br>CLAIM:  3,123.54<br>COMMENT:  CL28GOV*2035/PL*THRU 9/19 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2215 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN**<br>PO BOX 4457<br><br>HOUSTON, TX  77210-4457 | Trustee Claim Number:40  INT %:  0.00%<br>Court Claim Number:14<br><br>CLAIM:  165.84<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |