**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>MARK GUY JENUE., and<br><br>JOLENE MARIE JEUNE,<br><br>    Debtors.<br>-------------------------------------------------<br>JOLENE MARIE JEUNE,<br><br>    Movant,<br><br>    v.<br><br>UPMC MAGEE WOMEN'S HOSPITAL,<br><br>    Respondent. | Case No. 19-23512-JAD<br><br>Chapter 13<br><br>Related to Doc. No. 85 |

**CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER**

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on October 23, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail.

UPMC Magee Women's Hospital<br>
Attn: Payroll<br>
300 Halket Street<br>
Pittsburgh, PA 15213

| | |
|---|---|
| EXECUTED ON: October 23, 2024 | Respectfully submitted:<br><br>/s/ Renee M. Kuruce<br>Renee M. Kuruce<br>PA I.D. No. 314691<br>ROBLETO KURUCE, PLLC<br>3706 Butler Street<br>Pittsburgh, PA 15201<br>Tel:  (412) 925-8194<br>Fax: (412) 346-1035<br>rmk@robletolaw.com |