# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

MARK GUY JENUE., and

JOLENE MARIE JEUNE,

    Debtors.

-------------------------------------------------

MARK GUY JEUNE,

    Movant,

    v.

CITY OF PITTSBURGH,

    Respondent.

Case No. 19-23512-JAD

Chapter 13

Related to Doc. No. 84

## CERTIFICATE OF SERVICE OF ORDER TERMINATING WAGE ATTACHMENT WITH NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I certify under penalty of perjury that I served the above captioned pleadings on the party at the address specified below or on the attached list on October 23, 2024.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail.

City of Pittsburgh<br>
Attn: Payroll<br>
414 Grant Street<br>
Pittsburgh, PA 15219

EXECUTED ON: October 23, 2024                              Respectfully submitted:

                                                        /s/ Renee M. Kuruce
                                                        Renee M. Kuruce
                                                        PA I.D. No. 314691
                                                        ROBLETO KURUCE,
                                                        PLLC 3706 Butler Street
                                                        Pittsburgh, PA 15201
                                                        Tel: (412) 925-8194
                                                        Fax: (412) 346-1035
                                                        rmk@robletolaw.com