UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
  MARK GUY JEUNE
JOLENE MARIE JEUNE
        Debtor(s)
  Ronda J. Winnecour, Trustee
    Movant
      vs.
  MARK GUY JEUNE
JOLENE MARIE JEUNE

    Respondents

Case No.19-23512-JAD

Chapter 13

Related to
Document No.  84

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  23rd  day of  October , 2024, it is hereby ORDERED, ADJUDGED, and DECREED that,

City Of Pittsburgh
Attn: Payroll Manager
City County Building
414 Grant St
Pittsburgh,PA 15219

is hereby ordered to immediately terminate the attachment of the wages of MARK GUY JEUNE, social security number XXX-XX-2538.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARK GUY JEUNE.

BY THE COURT:

sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
    Debtor(s) Attorney

FILED
10/23/24 10:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23512-JAD |
| Mark Guy Jeune | Chapter 13 |
| Jolene Marie Jeune | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2024:**

**Recip ID**    **Recipient Name and Address**
db/jdb    Mark Guy Jeune, Jolene Marie Jeune, 5511 Century Ave, Pittsburgh, PA 15207-2331

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Andrew M. Lubin
     on behalf of Creditor Planet Home Lending LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com

Aurelius P. Robleto
     on behalf of Debtor Mark Guy Jeune apr@robletolaw.com
     rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Aurelius P. Robleto
     on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com
     rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com

Denise Carlon
     on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com

Keri P. Ebeck
     on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
     btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Marisa Myers Cohen
     on behalf of Creditor Planet Home Lending LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 23, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Renee M. Kuruce
    on behalf of Joint Debtor Jolene Marie Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com

Renee M. Kuruce
    on behalf of Debtor Mark Guy Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10