IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSLVANIA

| | |
|---|---|
| In re:<br>MARK GUY JEUNE and<br>JOLENE MARIE JEUNE,<br>Debtors. | Case No. 19-23512-JAD<br>Chapter 13<br>Related to Doc. No. 82 |
| MARK GUY JEUNE,<br>Movant,<br>v.<br>RONDA J. WINNECOUR, ESQ.,<br>Standing Chapter 13 Trustee,<br>Respondent. | Doc. No. ____ |

### DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 24, 2024, at docket number 82, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 10/26/2024

Mark Guy Jeune

Respectfully submitted,

/s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
3706 Butler Street
Pittsburgh, PA 15201
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com