**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| In re: | Case No. 19-23512-JAD |
| MARK GUY JEUNE and JOLENE MARIE JEUNE, | Chapter 13 |
| Debtors. | Related to Doc. No. 83 |
| JOLENE MARIE JEUNE, | Doc. No. _____ |
| Movant, | |
| v. | |
| RONDA J. WINNECOUR, ESQ., Standing Chapter 13 Trustee, | |
| Respondent. | |

**DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 24, 2024, at docket number 83, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: 10/28/2024

*/s/ Jolene Marie Jeune*
Jolene Marie Jeune

Respectfully submitted,

/s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO KURUCE, PLLC
3706 Butler Street
Pittsburgh, PA 15201
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

2