**Fill in this information to identify the case:**

Debtor 1: Mark Guy Jeune

Debtor 2: Jolene Marie Jeune
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
(State)

Case number: 19-23512-JAD

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** Planet Home Lending, LLC

**Court claim no.** (if known): 28

**Last 4 digits** of any number you use to identify the debtor's account: 2215 ____ ____ ____

**Property address:** 5511 Century Avenue
Number      Street

Pittsburgh, Pennsylvania  15207
City                State      ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 1 / 1 / 2025
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

  a. Total postpetition ongoing payments due:    (a) $ _____

  b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

  c. **Total**. Add lines a and b.    (c) $ 0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/____
MM / DD / YYYY

Debtor 1    Mark Guy Jeune       Case number (*if known*) 19-23512-JAD
       First Name    Middle Name    Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew M. Lubin
Signature

Date 11/15/2024

Print: Andrew M. Lubin
   First Name    Middle Name    Last Name

Title: Attorney for creditor

Company: McCabe, Weisberg & Conway, LLC

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1420 Walnut Street, Suite 1501
   Number    Street

Philadelphia, PA 19102
   City    State    ZIP Code

Contact phone (215) 790 – 1010

Email: ecfmail@mwc-law.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:  Mark Guy Jeune and Jolene Marie Jeune<br><br>                    Debtors<br><br>Planet Home Lending, LLC, or its Successor or Assignee<br><br>                    Movant<br><br>             vs.<br><br>Ronda J. Winnecour<br>Mark Guy Jeune and Jolene Marie Jeune<br>                    Respondents | Chapter 13<br><br>Bankruptcy No. 19-23512-JAD |

**CERTIFICATION OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

I, Andrew M. Lubin, attorney for Planet Home Lending, LLC, hereby certify that I served a true and correct copy of the foregoing Response to Notice of Final Cure Payment, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served:  11/15/24

| | | |
|---|---|---|
| Mark Guy Jeune<br>5511 Century Ave<br>Pittsburgh, Pennsylvania 15207<br><br>Jolene Marie Jeune<br>5511 Century Ave<br>Pittsburgh, Pennsylvania 15207 | Renee M. Kuruce<br>Robleto Kuruce, PLLC<br>6101 Penn Ave.<br>Suite 201<br>Pittsburgh, PA 15206<br>Attorney for Debtors<br><br>Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, Pennsylvania 15222 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, Pennsylvania 15219<br>Trustee<br><br>Aurelius P. Robleto<br>Robleto Kuruce, PLLC<br>3706 Butler Street<br>Pittsburgh, PA 15201<br>Attorney for Debtors |

       /s/ Andrew M. Lubin
       MARISA MYERS COHEN, ESQUIRE ID #87830
       ANDREW M. LUBIN, ESQUIRE ID # 54297
       Attorney for Planet Home Lending, LLC
       1420 Walnut Street, Suite 1501
       Philadelphia, PA 19102
       Telephone: (215) 790-1010

Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com