Form 408

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Mark Guy Jeune**
**Jolene Marie Jeune**
 Debtor(s)

Bankruptcy Case No.: 19−23512−JAD
Related to Doc. #96
Chapter: 13
Docket No.: 97 − 96

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 26th of November, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/21/25.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **1/28/25 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/21/25.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-23512-JAD |
| Mark Guy Jeune | Chapter 13 |
| Jolene Marie Jeune | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 26, 2024 | Form ID: 408 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Guy Jeune, Jolene Marie Jeune, 5511 Century Ave, Pittsburgh, PA 15207-2331 |
| 15118102 | | Mariner Finance, 1155 Washington Pike Ste 60, Bridgeville, PA 15017-2827 |
| 15118103 | | Peoples Natural Gas, 375 N Shore Dr Ste 600, Pittsburgh, PA 15212-5866 |
| 15118104 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:33:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118089 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:34:38 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15118090 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 00:15:28 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15124270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 27 2024 01:23:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148394 | | Email/PDF: bncnotices@becket-lee.com | Nov 27 2024 00:34:07 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15118092 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:45:24 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15156289 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:33:08 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15118093 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:16:01 | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15118094 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 27 2024 00:18:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15118095 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 27 2024 00:34:35 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15118096 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 27 2024 00:16:29 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15118097 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Financial, Attn: Bankruptcy Department, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 15156288 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | PO Box 15316, Wilmington, DE 19850-5316<br>Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15122773 | | Email/Text: mrdiscen@discover.com | Nov 27 2024 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15155954 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 27 2024 00:20:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15118098 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 27 2024 00:20:00 | Duquesne Light Company, 411 7th Ave, Pittsburgh, PA 15219-1942 |
| 15118099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 27 2024 00:18:00 | Internal Revenue Serice, 1000 Liberty Ave, Pittsburgh, PA 15222-4004 |
| 15118091 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 27 2024 00:15:21 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15130566 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Nov 27 2024 00:17:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15118100 | | Email/Text: PBNCNotifications@peritusservices.com | Nov 27 2024 00:16:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15136953 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 27 2024 00:15:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15118101 | | Email/Text: bankruptcy@marinerfinance.com | Nov 27 2024 00:17:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr, Baltimore, MD 21236-5904 |
| 15164843 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 27 2024 00:17:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15156552 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 00:17:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15118106 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 27 2024 00:17:00 | Pnc Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 15157175 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 27 2024 00:34:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15118105 | | Email/Text: BKMAIL@planethomelending.com | Nov 27 2024 00:18:00 | Planet Home Lending, LLC, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 15152840 | | Email/Text: bnc-quantum@quantum3group.com | Nov 27 2024 00:19:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15118107 | | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 27 2024 00:15:32 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 15127374 | + | Email/Text: bankruptcy@bbandt.com | Nov 27 2024 00:18:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15118108 | | Email/Text: bankruptcy@bbandt.com | Nov 27 2024 00:18:00 | Suntrust, Consumer Loan Payments, PO Box 791144, Baltimore, MD 21279-1144 |
| 15118109 | + | Email/Text: bankruptcy@bbandt.com | Nov 27 2024 00:18:00 | Suntrust Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 15118795 | ^ | MEBN | Nov 27 2024 00:13:39 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118110 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:34:10 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118111 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:33:24 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO |

Case 19-23512-JAD    Doc 98    Filed 11/28/24    Entered 11/29/24 00:36:12    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 26, 2024 | Form ID: 408 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 15118112 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 01:10:42 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15118113 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 27 2024 00:45:28 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118114 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 27 2024 00:18:00 | Toyota Financial, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15118116 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 27 2024 00:18:00 | Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15138749 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 27 2024 00:17:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15118117 | | Email/Text: bknotice@upgrade.com | Nov 27 2024 00:16:00 | Upgrade, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15130359 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 27 2024 00:19:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15118119 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 27 2024 00:19:00 | US Bank/Rms Cc, Attn: Bankruptcy, PO Box 6351, Fargo, ND 58125-6351 |
| 15151177 | | Email/PDF: ebn_ais@aisinfo.com | Nov 27 2024 00:34:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15118120 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:34:10 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 15150412 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 27 2024 00:33:08 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Planet Home Lending, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15157514 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15118118 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15118115 | ## | Toyota Financial, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 28, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Planet Home Lending  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Aurelius P. Robleto | on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Mark Guy Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Planet Home Lending  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Renee M. Kuruce | on behalf of Debtor Mark Guy Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Renee M. Kuruce | on behalf of Joint Debtor Jolene Marie Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10