```
Information to identify the case:

Debtor 1        Mark Guy Jeune                          Social Security number or ITIN   xxx-xx-2538
                _____                EIN   __-_____
                First Name  Middle Name  Last Name

Debtor 2        Jolene Marie Jeune                      Social Security number or ITIN   xxx-xx-5912
(Spouse, if filing)  _____            EIN   __-_____
                First Name  Middle Name  Last Name

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19-23512-JAD
```

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark Guy Jeune                                    Jolene Marie Jeune

1/23/25                                           **By the court:** Jeffery A. Deller
                                                                    United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                           Case No. 19-23512-JAD
Mark Guy Jeune                                                                        Chapter 13
Jolene Marie Jeune
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                              User: auto                                          Page 1 of 4
Date Rcvd: Jan 23, 2025                      Form ID: 3180W                              Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Guy Jeune, Jolene Marie Jeune, 5511 Century Ave, Pittsburgh, PA 15207-2331 |
| 15118102 | | Mariner Finance, 1155 Washington Pike Ste 60, Bridgeville, PA 15017-2827 |
| 15118103 | | Peoples Natural Gas, 375 N Shore Dr Ste 600, Pittsburgh, PA 15212-5866 |
| 15118104 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jan 24 2025 05:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 24 2025 05:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2025 00:11:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jan 24 2025 05:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118089 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:15:54 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15118090 | | EDI: CAPITALONE.COM | Jan 24 2025 05:08:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15124270 | | EDI: CAPITALONE.COM | Jan 24 2025 05:08:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148394 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:15:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15118092 | | EDI: CITICORP | Jan 24 2025 05:08:00 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |

| | | | |
|---|---|---|---|
| 15156289 | EDI: CITICORP | Jan 24 2025 05:08:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15118093 | EDI: CITICORP | Jan 24 2025 05:08:00 | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15118094 | EDI: WFNNB.COM | Jan 24 2025 05:08:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15118095 | EDI: CITICORP | Jan 24 2025 05:08:00 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15118096 | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2025 00:15:43 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15118097 | EDI: DISCOVER | Jan 24 2025 05:07:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 15156288 | EDI: Q3G.COM | Jan 24 2025 05:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15122773 | EDI: DISCOVER | Jan 24 2025 05:07:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15155954 | + Email/Text: kburkley@bernsteinlaw.com | Jan 24 2025 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15118098 | + Email/Text: kburkley@bernsteinlaw.com | Jan 24 2025 00:11:00 | Duquesne Light Company, 411 7th Ave, Pittsburgh, PA 15219-1942 |
| 15118099 | EDI: IRS.COM | Jan 24 2025 05:08:00 | Internal Revenue Serice, 1000 Liberty Ave, Pittsburgh, PA 15222-4004 |
| 15118091 | EDI: JPMORGANCHASE | Jan 24 2025 05:07:00 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15130566 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2025 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15118100 | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2025 00:11:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15136953 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:15:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15118101 | Email/Text: bankruptcy@marinerfinance.com | Jan 24 2025 00:11:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr, Baltimore, MD 21236-5904 |
| 15164843 | + Email/Text: bankruptcy@marinerfinance.com | Jan 24 2025 00:11:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15156552 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15118106 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:11:00 | Pnc Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 15157175 | EDI: PRA.COM | Jan 24 2025 05:08:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15118105 | Email/Text: BKMAIL@planethomelending.com | Jan 24 2025 00:11:00 | Planet Home Lending, LLC, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 15152840 | EDI: Q3G.COM | Jan 24 2025 05:08:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15118107 | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 24 2025 00:15:52 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 15127374 | + Email/Text: bankruptcy@bbandt.com | Jan 24 2025 00:11:00 | SunTrust Bank, Attn: Support Services, P.O. Box |

District/off: 0315-2 | User: auto | Page 3 of 4
--- | --- | ---
Date Rcvd: Jan 23, 2025 | Form ID: 3180W | Total Noticed: 52

| 15118108 | | Email/Text: bankruptcy@bbandt.com | | 85092, Richmond, VA 23286-0001 |
| | | | Jan 24 2025 00:11:00 | Suntrust, Consumer Loan Payments, PO Box 791144, Baltimore, MD 21279-1144 |
| 15118109 | + | Email/Text: bankruptcy@bbandt.com | | |
| | | | Jan 24 2025 00:11:00 | Suntrust Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 15118795 | ^ | MEBN | | |
| | | | Jan 24 2025 00:05:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118110 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:07:00 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118111 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:07:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15118112 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:07:00 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15118113 | | EDI: SYNC | | |
| | | | Jan 24 2025 05:07:00 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118114 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jan 24 2025 00:11:00 | Toyota Financial, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15118116 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | | |
| | | | Jan 24 2025 00:11:00 | Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15138749 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | | |
| | | | Jan 24 2025 00:11:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15118117 | | Email/Text: bknotice@upgrade.com | | |
| | | | Jan 24 2025 00:11:00 | Upgrade, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15130359 | | EDI: USBANKARS.COM | | |
| | | | Jan 24 2025 05:08:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15118119 | | EDI: USBANKARS.COM | | |
| | | | Jan 24 2025 05:08:00 | US Bank/Rms Cc, Attn: Bankruptcy, PO Box 6351, Fargo, ND 58125-6351 |
| 15151177 | | EDI: AIS.COM | | |
| | | | Jan 24 2025 05:08:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15118120 | | EDI: WFFC2 | | |
| | | | Jan 24 2025 05:08:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 15150412 | | EDI: WFFC2 | | |
| | | | Jan 24 2025 05:08:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Planet Home Lending, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15157514 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15118118 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15118115 | ## | Toyota Financial, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

District/off: 0315-2           User: auto           Page 4 of 4

Date Rcvd: Jan 23, 2025           Form ID: 3180W           Total Noticed: 52

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew M. Lubin | on behalf of Creditor Planet Home Lending  LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Aurelius P. Robleto | on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Mark Guy Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Planet Home Lending  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Renee M. Kuruce | on behalf of Debtor Mark Guy Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify. bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Renee M. Kuruce | on behalf of Joint Debtor Jolene Marie Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify. bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10