IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MARK GUY JEUNE
JOLENE MARIE JEUNE
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:19-23512-JAD

Chapter 13

Related to Doc No.: 96

ORDER OF COURT

AND NOW, this 23rd day of January, 2025, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____sjk_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
1/23/25 8:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-23512-JAD

Mark Guy Jeune     Chapter 13

Jolene Marie Jeune

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4

Date Rcvd: Jan 23, 2025     Form ID: pdf900     Total Noticed: 50

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Mark Guy Jeune, Jolene Marie Jeune, 5511 Century Ave, Pittsburgh, PA 15207-2331 |
| 15118102 | | Mariner Finance, 1155 Washington Pike Ste 60, Bridgeville, PA 15017-2827 |
| 15118103 | | Peoples Natural Gas, 375 N Shore Dr Ste 600, Pittsburgh, PA 15212-5866 |
| 15118104 | + | Pittsburgh Water and Sewer Authority, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:15:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118089 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:15:37 | Amex/Bankruptcy, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15118090 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:15:55 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15124270 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2025 00:15:47 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15148394 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2025 00:15:46 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15118092 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:15:54 | Citibank, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15156289 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:15:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15118093 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:15:55 | Citibank/the Home Depot, Attn: Recovery/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 15118094 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 24 2025 00:11:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 15118095 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 24 2025 00:15:47 | Costco Anywhere Visa Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 15118096 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2025 00:15:45 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 15118097 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:11:00 | Discover Financial, Attn: Bankruptcy Department, |

Case 19-23512-JAD    Doc 104    Filed 01/25/25    Entered 01/26/25 00:30:59    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | PO Box 15316, Wilmington, DE 19850-5316 |
| 15156288 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15122773 | | Email/Text: mrdiscen@discover.com | Jan 24 2025 00:11:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15155954 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 24 2025 00:11:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15118098 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 24 2025 00:11:00 | Duquesne Light Company, 411 7th Ave, Pittsburgh, PA 15219-1942 |
| 15118099 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2025 00:11:00 | Internal Revenue Serice, 1000 Liberty Ave, Pittsburgh, PA 15222-4004 |
| 15118091 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2025 00:15:43 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 15130566 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2025 00:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15118100 | | Email/Text: PBNCNotifications@peritusservices.com | Jan 24 2025 00:11:00 | Kohls/Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15136953 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2025 00:15:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15118101 | | Email/Text: bankruptcy@marinerfinance.com | Jan 24 2025 00:11:00 | Mariner Finance, Attn: Bankruptcy Department, 8211 Town Center Dr, Baltimore, MD 21236-5904 |
| 15164843 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 24 2025 00:11:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15156552 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:11:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15118106 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2025 00:11:00 | Pnc Bank, Attn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 15157175 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 24 2025 00:15:43 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15118105 | | Email/Text: BKMAIL@planethomelending.com | Jan 24 2025 00:11:00 | Planet Home Lending, LLC, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 15152840 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2025 00:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15118107 | | Email/PDF: SoFiBKNotifications@resurgent.com | Jan 24 2025 00:15:44 | Sofi Lending Corp, Attn: Bankruptcy, 375 Healdsburg Ave Ste 280, Healdsburg, CA 95448-4151 |
| 15127374 | + | Email/Text: bankruptcy@bbandt.com | Jan 24 2025 00:11:00 | SunTrust Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 15118108 | | Email/Text: bankruptcy@bbandt.com | Jan 24 2025 00:11:00 | Suntrust, Consumer Loan Payments, PO Box 791144, Baltimore, MD 21279-1144 |
| 15118109 | + | Email/Text: bankruptcy@bbandt.com | Jan 24 2025 00:11:00 | Suntrust Bank, Attn: Bankruptcy Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 15118795 | ^ | MEBN | Jan 24 2025 00:05:58 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15118110 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:15:38 | Synchrony Bank/Banana Republic, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118111 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:15:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 15118112 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:26:02 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15118113 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 24 2025 00:15:54 | Synchrony Bank/Tjx, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 15118114 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2025 00:11:00 | Toyota Financial, PO Box 4102, Carol Stream, IL 60197-4102 |
| 15118116 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jan 24 2025 00:11:00 | Toyota Financial Services, Atty: Bankruptcy Dept, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 15138749 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 24 2025 00:11:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 15118117 | | Email/Text: bknotice@upgrade.com | Jan 24 2025 00:11:00 | Upgrade, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15130359 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2025 00:11:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St Louis, MO 63166-0108 |
| 15118119 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2025 00:11:00 | US Bank/Rms Cc, Attn: Bankruptcy, PO Box 6351, Fargo, ND 58125-6351 |
| 15151177 | | Email/PDF: ebn_ais@aisinfo.com | Jan 24 2025 00:15:48 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15118120 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2025 00:15:37 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus # MAC X2303-01A, Des Moines, IA 50328-0001 |
| 15150412 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2025 00:26:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Planet Home Lending, LLC |
| cr | | Toyota Lease Trust |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15157514 | *+ | Planet Home Lending, LLC, 321 Research Parkway, Suite 303, Meriden, CT 06450-8342 |
| 15118118 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 15118115 | ## | Toyota Financial, PO Box 15012, Chandler, AZ 85244-5012 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025          Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 23, 2025 | Form ID: pdf900 | Total Noticed: 50 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Planet Home Lending LLC nj-ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| Aurelius P. Robleto | on behalf of Joint Debtor Jolene Marie Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Aurelius P. Robleto | on behalf of Debtor Mark Guy Jeune apr@robletolaw.com rmk@robletolaw.com,ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com |
| Denise Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Marisa Myers Cohen | on behalf of Creditor Planet Home Lending LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Renee M. Kuruce | on behalf of Debtor Mark Guy Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Renee M. Kuruce | on behalf of Joint Debtor Jolene Marie Jeune rmk@robletolaw.com apr@robletolaw.com,ecf_admin@robletolaw.com,apr@robletolaw.com,apr@ecf.courtdrive.com,Kuruce.ReneeB116873@notify.bestcase.com;kuruce.reneeb116873@notify.bestcase.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10